**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JEFFREY B. CLARKE,** | : |
| Petitioner | : CIVIL ACTION NO. 3:13-1920 |
| v. | : (JUDGE MANNION) |
| **JEROME WALSH and** | : |
| **PA STATE ATTORNEY GENERAL,** | |
| | : |
| Respondents | |
| | : |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The petition for writ of habeas corpus, **(Doc. 1)**, is **DISMISSED**.

**(2)** The Clerk of Court is directed to **CLOSE** this case.

**(3)** There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  April 7, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1920-01-ORDER.wpd